AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the

In the Matter of the Search of  
*(Briefly describe the property to be searched or identify the person by name and address)*

Premises Identified as "Subject Location" as Described in Affidavit of ATF TFO Austin Sanner Dated December 9, 2022

Case No. 3:22-cr-01031

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

As described in Attachment A to Affidavit of ATF TFO Sanner.

located in the _____ District of South Carolina, there is now concealed *(identify the person or describe the property to be seized)*:

As described in Attachment B to Affidavit of ATF TFO Sanner.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute and Distribution of Controlled Substances |

The application is based on these facts:

See attached Affidavit of ATF TFO Sanner.

- ☐ Continued on the attached sheet.
- ☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Austin Sanner, Task Force Officer, ATF  
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by videoconference (FaceTime app) *(specify reliable electronic means)*.

Date: December 9, 2022

*Judge's signature*

City and state: Columbia, South Carolina    Hon. Paige J. Gossett, United States Magistrate Judge  
*Printed name and title*